333 A.2d 473
**COMMONWEALTH of Pennsylvania**
v.
**William McDERMOTT, Appellant.**

Supreme Court of Pennsylvania.

Argued March 19, 1974.

Decided March 18, 1975.

Robert A. Seewald, Seewald & Carb, Pittsburgh, for appellant.

Robert W. Duggan, Dist. Atty., Robert L. Eberhardt, Walter Emmor Gregg, Asst. Dist. Attys., Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER

PER CURIAM.

Order affirmed.